

Activity in Case 1:09-cr-00299-LJO USA v. Bedoya-Lopez et al Order on Motion for Miscellaneous Relief - CR
caed_cmecf_helpdesk
to:
CourtMail
01/29/2014 02:18 PM
Hide Details
From: caed_cmecf_helpdesk@caed.uscourts.gov

To: CourtMail@caed.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

## U.S. District Court

### Eastern District of California - Live System

**Notice of Electronic Filing**

The following transaction was entered on 1/29/2014 at 2:17 PM PST and filed on 1/29/2014
**Case Name:** USA v. Bedoya-Lopez et al
**Case Number:** 1:09-cr-00299-LJO
**Filer:**
**Document Number:** 176

14-15160

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAN 29 2014

FILED_____
DOCKETED_____
       DATE    INITIAL

**Docket Text:**
ORDER on Motion to Proceed In Forma Pauperis and Request for Certificate of Appealability, re [172], [173] as to Jesus Lopez (4), signed by District Judge Lawrence J. O'Neill on 1/29/14.(Gonzalez, R)

**1:09-cr-00299-LJO-4 Notice has been electronically mailed to:**

Elana Sharon Landau    Elana@landauandwhitelaw.com

John Frederick Garland    johnfgarland@sbcglobal.net

Joseph Truman Vodnoy    attyjvodnoy@gmail.com, kcaulfield@aol.com

Mario DiSalvo    mario@disalvolaw.com, daniel@disalvolaw.com

Case 1:09-cr-00299-LJO   Document 176   Filed 01/29/14   Page 1 of 2

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LOPEZ,<br><br>          Movant,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | 1:09-cr-00299-LJO<br><br>**ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS AND REQUEST FOR CERTIFICATE OF APPEALABILITY**<br>(Docs. 172, 173) |

     Jesus Lopez ("Mr. Lopez") is a prisoner in federal custody proceeding pro se. He previously filed a FED. R. CIV. P. 60(b)(6) motion for relief from judgment which this Court denied. In the alternative, the Court construed the Rule 60(b)(6) motion as a 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence and dismissed the motion as untimely. The Court also declined to issue a certificate of appealability. Subsequent to this Court's order, Mr. Lopez filed a notice of appeal.

     Pending before the Court is Mr. Lopez's request to proceed in forma pauperis on appeal and for a certificate of appealability. Both requests are moot. "A party who . . . was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization." FED. R. APP. P. 24(a)(3). Mr. Lopez's counsel for the proceeding in this Court was appointed pursuant to the Criminal Justice Act. (Doc. 16). Thus, Mr. Lopez may proceed in forma pauperis on appeal without further authorization. In addition, this Court previously declined to issue a certificate of appealability. (Doc. 170). Accordingly, Mr. Lopez's

1

1  request is moot.

3  IT IS SO ORDERED.

4  Dated:   **January 29, 2014**          /s/ **Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE